Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  22−10067−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Matthew S. Rybak
   1575 S. Myrtle St.
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−8297

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              3/16/22
Time:              10:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper
Street, Camden, NJ 08101−2067

        An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens
under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served
seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection
to the confirmation.

        **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case
may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 25, 2022
JAN:

                    Jeanne Naughton
                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-10067-JNP |
| Matthew S. Rybak | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 25, 2022 | Form ID: 132 | Total Noticed: 59 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew S. Rybak, 1575 S. Myrtle St., Vineland, NJ 08360-6429 |
| cr | + | Ally Capital Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| 519478097 | + | ADT Security Service, 14200 E. Exposition Ave., Aurora, CO 80012-2540 |
| 519481474 | + | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519478099 | + | American Exprerss, PO Box 17759, Clearwater, FL 33762-0759 |
| 519478100 | | Bank Of America, N.A., PO Box 15222, Wilmington, DE 19886-5222 |
| 519490989 | + | Bank Of America, N.A., PO Box 982238, El Paso, TX 79998-2238 |
| 519489352 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519478107 | | Comptroller of Maryland, Compliance Division, Revenue Administration CTR, Rm 100, Annapolis, MD 21401 |
| 519478110 | + | Discover Bank, 325 Chestnut St, Ste 501, Philadelphia, PA 19106-2605 |
| 519490991 | | Diversified ADJ SVC, 600 Coon Rapids Blvd NW, Minneapolis, MN 55433-5549 |
| 519478112 | + | Ed's Auto Mays Landing, 965 Cape May Ave, Mays Landing, NJ 08330-2154 |
| 519478113 | + | Finance of America Mortgage, 15325 Fairfield Ranch Road, Suite 200, Chino Hills, CA 91709-8834 |
| 519478115 | | Gulf Oil Ltd Partnership, PO Box 9001001, Louisville, KY 40290-1001 |
| 519478116 | + | Hamiliton Municipal Court, 6101 13th St, Mays Landing, NJ 08330-1856 |
| 519478121 | + | Landis Sewerage Authority, 1776 S. Mill Road, Vineland, NJ 08360-6200 |
| 519490992 | + | Littman Jewelers, 1000 Mac Arthur Bl, Mahwah, NJ 07430-2035 |
| 519478122 | + | Littman Jewelers, 3 Ethel Rd, Edison, NJ 08817-2855 |
| 519478126 | + | Motor Vehicle Commission, PO Box 4850, State Of New Jersey, Trenton, NJ 08650-4850 |
| 519478128 | | NTB Credit Plan, PO Box 183015, Columbus, OH 43218-3015 |
| 519478127 | | Nissan Motor Acceptance, PO Box 742658, Cincinnati, OH 45274-2658 |
| 519478129 | | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519478139 | + | Repossession Specialists, 511 S. Main St, Pleasantville, NJ 08232-3219 |
| 519478140 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 519478142 | | TD Retail Card Services, PO Box 11956, Newark, NJ 07101-4956 |
| 519490994 | | Verizon, 500 Technology Dr Ste 300, Weldon Spring, MO 63304, Lumberton, NC 28358 |
| 519478144 | | Vineland Electric Utility, 640 E Wood Street, Po Box 1508, Vineland, NJ 08362-1508 |
| 519478145 | + | Vineland Municipal Court, 736 E. Landis Ave., PO BOX 1508, Vineland, NJ 08362-1508 |
| 519478147 | + | Wells Fargo Bank, P.O. Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 25 2022 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 25 2022 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jan 25 2022 20:39:54 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519478098 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 25 2022 20:34:00 | Ally Financial, PO Box 130424, Saint Paul, MN 55113-0004 |

District/off: 0312-1                              User: admin                                    Page 2 of 3
Date Rcvd: Jan 25, 2022                          Form ID: 132                              Total Noticed: 59

| | | | |
|---|---|---|---|
| 519490988 | + Email/Text: ally@ebn.phinsolutions.com | Jan 25 2022 20:34:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 519478101 | Email/Text: bankruptcy@bbandt.com | Jan 25 2022 20:34:00 | BB&T, PO Box 2322, Lumberton, NC 28359-2322 |
| 519478102 | Email/Text: bankruptcy@bbandt.com | Jan 25 2022 20:34:00 | BB&T, Po Box 1847, Wilson, NC 27894 |
| 519478108 | Email/Text: Bankruptcymail@marylandtaxes.gov | Jan 25 2022 20:34:00 | Comptroller Of Maryland, 1120 Carroll Street, Annapolis, MD 21411-0001 |
| 519478105 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2022 20:39:44 | Citibank, NA, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 519478106 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2022 20:39:45 | Citicards, P O Box 6241, Sioux Falls, SD 57117-6241 |
| 519478111 | Email/Text: mrdiscen@discover.com | Jan 25 2022 20:34:00 | Discover Bank, P.O. Box 30943, Salt Lake City, UT 84130-0943 |
| 519478109 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2022 20:40:10 | Department Stores National Bank, PO Box 8053, Mason, OH 45040 |
| 519478114 | Email/Text: bnc-bluestem@quantum3group.com | Jan 25 2022 20:34:00 | Fingerhut, Po Box 166, Newark, NJ 07101-0166 |
| 519478119 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 25 2022 20:34:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 519478120 | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 25 2022 20:40:05 | JPMCB Card Services, PO BOX 15369, Wilmington, DE 19850 |
| 519478123 | Email/PDF: gecsedi@recoverycorp.com | Jan 25 2022 20:39:40 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 519478124 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 25 2022 20:34:00 | Midland Credit Management, 320 East Big Beaver, Suite 300, Troy, MI 48083-1271 |
| 519483713 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 25 2022 20:34:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519478125 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 25 2022 20:40:05 | Midland Mortgage, P.O. Box 268959, Oklahoma City, OK 73126-8959 |
| 519478130 | + Email/PDF: gecsedi@recoverycorp.com | Jan 25 2022 20:40:05 | Old Navy, PO Box 105980 Dept 72, Atlanta, GA 30348-5980 |
| 519478131 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 25 2022 20:40:06 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 519478136 | Email/Text: bnc-quantum@quantum3group.com | Jan 25 2022 20:34:00 | Quantum 3 Group, PO Box 788, Kirkland, WA 98083-0788 |
| 519478137 | + Email/Text: bnc-quantum@quantum3group.com | Jan 25 2022 20:34:00 | Quantum3 Group, PO Box 788, Kirkland, WA 98083-0788 |
| 519478138 | + Email/Text: bnc-quantum@quantum3group.com | Jan 25 2022 20:34:00 | Quantum3 Group LLC, agent for Sandino Funding, PO Box 788, Kirkland, WA 98083-0788 |
| 519490993 | + Email/PDF: gecsedi@recoverycorp.com | Jan 25 2022 20:39:37 | Syncb/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 519478884 | + Email/PDF: gecsedi@recoverycorp.com | Jan 25 2022 20:39:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519478141 | Email/PDF: gecsedi@recoverycorp.com | Jan 25 2022 20:39:40 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 519488881 | + Email/PDF: ebn_ais@aisinfo.com | Jan 25 2022 20:39:55 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519478143 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 25 2022 20:34:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |
| 519478146 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 25, 2022 | Form ID: 132 | Total Noticed: 59 |

Jan 25 2022 20:39:45    Wawa/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519490990 | | BB&T, 4251 Fayetteville |
| 519478103 | *P++ | BB AND T, PO BOX 1847, WILSON NC 27894-1847, address filed with court:, BB&T, Po Box 1847, Wilson, NC 27894 |
| 519478104 | *P++ | BB AND T, PO BOX 1847, WILSON NC 27894-1847, address filed with court:, BB&T, Po Box 1847, Wilson, NC 27894 |
| 519478118 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 724, Springfield, NJ 07081 |
| 519478117 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519478132 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 519478133 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 519478134 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 519478135 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |

TOTAL: 1 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 27, 2022                    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Midfirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Seymour Wasserstrum | on behalf of Debtor Matthew S. Rybak mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4