Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−10067−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Matthew S. Rybak
   1575 S. Myrtle St.
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−8297

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on January 24, 2022 and a confirmation hearing on such Plan has been scheduled for March 16, 2022.

The debtor filed a Modified Plan on March 28, 2022 and a confirmation hearing on the Modified Plan is scheduled for May 4, 2022 @ 10:00. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: March 29, 2022
JAN: def

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Matthew S. Rybak  
    Debtor

Case No. 22-10067-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 4  
Date Rcvd: Mar 29, 2022     Form ID: 186     Total Noticed: 74

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew S. Rybak, 1575 S. Myrtle St., Vineland, NJ 08360-6429 |
| 519478097 | + | ADT Security Service, 14200 E. Exposition Ave., Aurora, CO 80012-2540 |
| 519478099 | + | American Exprerss, PO Box 17759, Clearwater, FL 33762-0759 |
| 519478100 | | Bank Of America, N.A., PO Box 15222, Wilmington, DE 19886-5222 |
| 519490989 | + | Bank Of America, N.A., PO Box 982238, El Paso, TX 79998-2238 |
| 519489352 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519541672 | + | City Of Vineland, 640 E Wood St, Tax Collector, Vineland, NJ 08360-3722 |
| 519541673 | + | City Of Vineland Tax Collector, 640 E. Wood St, Vineland, NJ 08360-3713 |
| 519478107 | | Comptroller of Maryland, Compliance Division, Revenue Administration CTR, Rm 100, Annapolis, MD 21401 |
| 519478110 | + | Discover Bank, 325 Chestnut St, Ste 501, Philadelphia, PA 19106-2605 |
| 519490991 | | Diversified ADJ SVC, 600 Coon Rapids Blvd NW, Minneapolis, MN 55433-5549 |
| 519478112 | + | Ed's Auto Mays Landing, 965 Cape May Ave, Mays Landing, NJ 08330-2154 |
| 519478113 | + | Finance of America Mortgage, 15325 Fairfield Ranch Road, Suite 200, Chino Hills, CA 91709-8834 |
| 519478115 | | Gulf Oil Ltd Partnership, PO Box 9001001, Louisville, KY 40290-1001 |
| 519478116 | + | Hamiliton Municipal Court, 6101 13th St, Mays Landing, NJ 08330-1856 |
| 519478121 | + | Landis Sewerage Authority, 1776 S. Mill Road, Vineland, NJ 08360-6200 |
| 519490992 | + | Littman Jewelers, 1000 Mac Arthur Bl, Mahwah, NJ 07430-2035 |
| 519478122 | + | Littman Jewelers, 3 Ethel Rd, Edison, NJ 08817-2855 |
| 519494347 | + | Michelle Rybak, 1575 S Myrtle St., Vineland, NJ 08360-6429 |
| 519478126 | + | Motor Vehicle Commission, PO Box 4850, State Of New Jersey, Trenton, NJ 08650-4850 |
| 519478128 | | NTB Credit Plan, PO Box 183015, Columbus, OH 43218-3015 |
| 519508019 | + | New Jersey Motor Vehicle Com., Surcharge Violation System, PO Box 136, Trenton, NJ 08666-0136 |
| 519478127 | | Nissan Motor Acceptance, PO Box 742658, Cincinnati, OH 45274-2658 |
| 519478129 | | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519478139 | + | Repossession Specialists, 511 S. Main St, Pleasantville, NJ 08232-3219 |
| 519478140 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 519478142 | | TD Retail Card Services, PO Box 11956, Newark, NJ 07101-4956 |
| 519478144 | | Vineland Electric Utility, 640 E Wood Street, Po Box 1508, Vineland, NJ 08362-1508 |
| 519478145 | + | Vineland Municipal Court, 736 E. Landis Ave., PO BOX 1508, Vineland, NJ 08362-1508 |
| 519478147 | + | Wells Fargo Bank, P.O. Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 29 2022 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 29 2022 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 29 2022 20:42:08 | Ally Capital Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | | |

| Recipient ID | | Delivery Method | Timestamp | Recipient |
|---|---|---|---|---|
| | | | Mar 29 2022 20:42:13 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519481474 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 29 2022 20:42:19 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519504681 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 29 2022 20:42:14 | Ally Capital c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519478098 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 29 2022 20:34:00 | Ally Financial, PO Box 130424, Saint Paul, MN 55113-0004 |
| 519490988 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 29 2022 20:34:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 519497112 | | Email/PDF: bncnotices@becket-lee.com | Mar 29 2022 20:42:18 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519478101 | | Email/Text: bankruptcy@bbandt.com | Mar 29 2022 20:34:00 | BB&T, PO Box 2322, Lumberton, NC 28359-2322 |
| 519478102 | | Email/Text: bankruptcy@bbandt.com | Mar 29 2022 20:34:00 | BB&T, Po Box 1847, Wilson, NC 27894 |
| 519490990 | + | Email/Text: bankruptcy@bbandt.com | Mar 29 2022 20:34:00 | BB&T, 4251 Fayetteville, Lumberton, NC 28358-2678 |
| 519478108 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Mar 29 2022 20:34:00 | Comptroller Of Maryland, 1120 Carroll Street, Annapolis, MD 21411-0001 |
| 519478105 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2022 20:42:09 | Citibank, NA, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 519478106 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2022 20:42:20 | Citicards, P O Box 6241, Sioux Falls, SD 57117-6241 |
| 519527863 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Mar 29 2022 20:34:00 | Comptroller of Maryland, Compliance Division - Bankruptcy Unit, 301 West Preston Street, Room 409, Baltimore, MD 21201-2383 |
| 519478111 | | Email/Text: mrdiscen@discover.com | Mar 29 2022 20:34:00 | Discover Bank, P.O. Box 30943, Salt Lake City, UT 84130-0943 |
| 519478109 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2022 20:42:10 | Department Stores National Bank, PO Box 8053, Mason, OH 45040 |
| 519478114 | | Email/Text: bnc-bluestem@quantum3group.com | Mar 29 2022 20:34:00 | Fingerhut, Po Box 166, Newark, NJ 07101-0166 |
| 519478119 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 29 2022 20:34:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 519478120 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 29 2022 20:42:18 | JPMCB Card Services, PO BOX 15369, Wilmington, DE 19850 |
| 519478123 | | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2022 20:42:19 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 519507229 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 29 2022 20:42:11 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519478124 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 29 2022 20:34:00 | Midland Credit Management, 320 East Big Beaver, Suite 300, Troy, MI 48083-1271 |
| 519483713 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 29 2022 20:34:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519478125 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 29 2022 20:42:18 | Midland Mortgage, P.O. Box 268959, Oklahoma City, OK 73126-8959 |
| 519524072 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Mar 29 2022 20:34:00 | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, TX 75001-9013 |
| 519478130 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2022 20:42:19 | Old Navy, PO Box 105980 Dept 72, Atlanta, GA 30348-5980 |

Case 22-10067-JNP   Doc 34   Filed 03/31/22   Entered 04/01/22 00:12:45   Desc Imaged
                         Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 29, 2022 | Form ID: 186 | Total Noticed: 74 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519478131 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2022 20:42:09 | | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 519519017 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2022 20:42:20 | | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 519527928 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2022 20:42:09 | | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 519514268 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2022 20:42:09 | | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 519478136 | | Email/Text: bnc-quantum@quantum3group.com Mar 29 2022 20:34:00 | | Quantum 3 Group, PO Box 788, Kirkland, WA 98083-0788 |
| 519478137 | + | Email/Text: bnc-quantum@quantum3group.com Mar 29 2022 20:34:00 | | Quantum3 Group, PO Box 788, Kirkland, WA 98083-0788 |
| 519478138 | + | Email/Text: bnc-quantum@quantum3group.com Mar 29 2022 20:34:00 | | Quantum3 Group LLC, agent for Sandino Funding, PO Box 788, Kirkland, WA 98083-0788 |
| 519490993 | + | Email/PDF: gecsedi@recoverycorp.com Mar 29 2022 20:42:08 | | Syncb/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 519478884 | + | Email/PDF: gecsedi@recoverycorp.com Mar 29 2022 20:42:08 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519478141 | | Email/PDF: gecsedi@recoverycorp.com Mar 29 2022 20:42:08 | | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 519488881 | + | Email/PDF: ebn_ais@aisinfo.com Mar 29 2022 20:42:09 | | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519530032 | + | Email/Text: bankruptcy@bbandt.com Mar 29 2022 20:34:00 | | Truist Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 519523129 | + | Email/PDF: ebn_ais@aisinfo.com Mar 29 2022 20:42:09 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519490994 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 29 2022 20:34:00 | | Verizon, 500 Technology Dr Ste 300, Weldon Spring, MO 63304-2225 |
| 519478143 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 29 2022 20:34:00 | | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |
| 519478146 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Mar 29 2022 20:42:16 | | Wawa/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |

TOTAL: 44

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519478103 | *P++ | BB AND T, PO BOX 1847, WILSON NC 27894-1847, address filed with court:, BB&T, Po Box 1847, Wilson, NC 27894 |
| 519478104 | *P++ | BB AND T, PO BOX 1847, WILSON NC 27894-1847, address filed with court:, BB&T, Po Box 1847, Wilson, NC 27894 |
| 519478118 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 724, Springfield, NJ 07081 |
| 519478117 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519478132 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 519478133 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 519478134 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 519478135 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 29, 2022 | Form ID: 186 | Total Noticed: 74 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2022                          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Midfirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Seymour Wasserstrum | on behalf of Debtor Matthew S. Rybak mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5