UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Matthew Ryback,

Debtor.

Case No.:      22-10067-JNP

Chapter:       13

Hearing Date:  05/17/2022

Judge:         Poslusny

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter:  Motion for Relief from Stay re: 1575 South Myrtle Street (Docket # 37)

_____

Date: 5/12/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*