Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−10067−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Matthew S. Rybak
   1575 S. Myrtle St.
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−8297

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/4/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 4, 2022
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-10067-JNP |
| Matthew S. Rybak | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 04, 2022 | Form ID: 148 | Total Noticed: 76 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew S. Rybak, 1575 S. Myrtle St., Vineland, NJ 08360-6429 |
| 519478097 | + | ADT Security Service, 14200 E. Exposition Ave., Aurora, CO 80012-2540 |
| 519478099 | + | American Exprerss, PO Box 17759, Clearwater, FL 33762-0759 |
| 519489352 |   | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519541672 | + | City Of Vineland, 640 E Wood St, Tax Collector, Vineland, NJ 08360-3722 |
| 519541673 | + | City Of Vineland Tax Collector, 640 E. Wood St, Vineland, NJ 08360-3713 |
| 519478107 |   | Comptroller of Maryland, Compliance Division, Revenue Administration CTR, Rm 100, Annapolis, MD 21401 |
| 519478110 | + | Discover Bank, 325 Chestnut St, Ste 501, Philadelphia, PA 19106-2605 |
| 519478112 | + | Ed's Auto Mays Landing, 965 Cape May Ave, Mays Landing, NJ 08330-2154 |
| 519478113 | + | Finance of America Mortgage, 15325 Fairfield Ranch Road, Suite 200, Chino Hills, CA 91709-8834 |
| 519478115 |   | Gulf Oil Ltd Partnership, PO Box 9001001, Louisville, KY 40290-1001 |
| 519478116 | + | Hamiliton Municipal Court, 6101 13th St, Mays Landing, NJ 08330-1856 |
| 519478121 | + | Landis Sewerage Authority, 1776 S. Mill Road, Vineland, NJ 08360-6200 |
| 519478122 | + | Littman Jewelers, 3 Ethel Rd, Edison, NJ 08817-2855 |
| 519490992 | + | Littman Jewelers, 1000 Mac Arthur Bl, Mahwah, NJ 07430-2035 |
| 519494347 | + | Michelle Rybak, 1575 S Myrtle St., Vineland, NJ 08360-6429 |
| 519478126 | + | Motor Vehicle Commission, PO Box 4850, State Of New Jersey, Trenton, NJ 08650-4850 |
| 519478128 |   | NTB Credit Plan, PO Box 183015, Columbus, OH 43218-3015 |
| 519508019 | + | New Jersey Motor Vehicle Com., Surcharge Violation System, PO Box 136, Trenton, NJ 08666-0136 |
| 519478127 |   | Nissan Motor Acceptance, PO Box 742658, Cincinnati, OH 45274-2658 |
| 519478139 | + | Repossession Specialists, 511 S. Main St, Pleasantville, NJ 08232-3219 |
| 519478140 |   | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 519478142 |   | TD Retail Card Services, PO Box 11956, Newark, NJ 07101-4956 |
| 519560503 | + | The Landis Sewerage Authority, 1776 South Mill Road, Vineland NJ 08360-6200 |
| 519478144 |   | Vineland Electric Utility, 640 E Wood Street, Po Box 1508, Vineland, NJ 08362-1508 |
| 519478145 | + | Vineland Municipal Court, 736 E. Landis Ave., PO BOX 1508, Vineland, NJ 08362-1508 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 04 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 04 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Aug 05 2022 00:33:00 | Ally Capital Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: RMSC.COM | Aug 05 2022 00:33:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |

Case 22-10067-JNP    Doc 52    Filed 08/06/22    Entered 08/07/22 00:15:05    Desc Imaged
                              Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 04, 2022 | Form ID: 148 | Total Noticed: 76 |

| | | | | |
|---|---|---|---|---|
| 519481474 | + | EDI: AISACG.COM | Aug 05 2022 00:33:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519504681 | + | EDI: AISACG.COM | Aug 05 2022 00:33:00 | Ally Capital c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519478098 | + | EDI: GMACFS.COM | Aug 05 2022 00:33:00 | Ally Financial, PO Box 130424, Saint Paul, MN 55113-0004 |
| 519490988 | + | EDI: GMACFS.COM | Aug 05 2022 00:33:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 519497112 | | Email/PDF: bncnotices@becket-lee.com | Aug 04 2022 20:46:42 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519478101 | | Email/Text: bankruptcy@bbandt.com | Aug 04 2022 20:37:00 | BB&T, PO Box 2322, Lumberton, NC 28359-2322 |
| 519478102 | | Email/Text: bankruptcy@bbandt.com | Aug 04 2022 20:37:00 | BB&T, Po Box 1847, Wilson, NC 27894 |
| 519490990 | + | Email/Text: bankruptcy@bbandt.com | Aug 04 2022 20:37:00 | BB&T, 4251 Fayetteville, Lumberton, NC 28358-2678 |
| 519490989 | + | EDI: BANKAMER.COM | Aug 05 2022 00:33:00 | Bank Of America, N.A., PO Box 982238, El Paso, TX 79998-2238 |
| 519478100 | | EDI: BANKAMER.COM | Aug 05 2022 00:33:00 | Bank Of America, N.A., PO Box 15222, Wilmington, DE 19886-5222 |
| 519478108 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Aug 04 2022 20:37:00 | Comptroller Of Maryland, 1120 Carroll Street, Annapolis, MD 21411-0001 |
| 519478105 | + | EDI: CITICORP.COM | Aug 05 2022 00:33:00 | Citibank, NA, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 519478106 | | EDI: CITICORP.COM | Aug 05 2022 00:33:00 | Citicards, P O Box 6241, Sioux Falls, SD 57117-6241 |
| 519527863 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Aug 04 2022 20:37:00 | Comptroller of Maryland, Compliance Division - Bankruptcy Unit, 301 West Preston Street, Room 409, Baltimore, MD 21201-2383 |
| 519478111 | | EDI: DISCOVER.COM | Aug 05 2022 00:33:00 | Discover Bank, P.O. Box 30943, Salt Lake City, UT 84130-0943 |
| 519478109 | + | EDI: CITICORP.COM | Aug 05 2022 00:33:00 | Department Stores National Bank, PO Box 8053, Mason, OH 45040 |
| 519490991 | ^ | MEBN | Aug 04 2022 20:37:53 | Diversified ADJ SVC, 600 Coon Rapids Blvd NW, Minneapolis, MN 55433-5549 |
| 519478114 | | EDI: BLUESTEM | Aug 05 2022 00:33:00 | Fingerhut, Po Box 166, Newark, NJ 07101-0166 |
| 519478119 | | EDI: IRS.COM | Aug 05 2022 00:33:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 519478120 | | EDI: JPMORGANCHASE | Aug 05 2022 00:33:00 | JPMCB Card Services, PO BOX 15369, Wilmington, DE 19850 |
| 519478123 | | EDI: RMSC.COM | Aug 05 2022 00:33:00 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 519507229 | + | EDI: AISMIDFIRST | Aug 05 2022 00:33:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519478124 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 04 2022 20:38:00 | Midland Credit Management, 320 East Big Beaver, Suite 300, Troy, MI 48083-1271 |
| 519483713 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 04 2022 20:38:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519478125 | + | EDI: AISMIDFIRST | Aug 05 2022 00:33:00 | Midland Mortgage, P.O. Box 268959, Oklahoma City, OK 73126-8959 |

| | | | | |
|---|---|---|---|---|
| 519524072 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 04 2022 20:37:00 | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, TX 75001-9013 |
| 519478129 | ^ | MEBN | Aug 04 2022 20:36:45 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519478130 | + | EDI: RMSC.COM | Aug 05 2022 00:33:00 | Old Navy, PO Box 105980 Dept 72, Atlanta, GA 30348-5980 |
| 519478131 | | EDI: PRA.COM | Aug 05 2022 00:33:00 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 519519017 | | EDI: PRA.COM | Aug 05 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 519527928 | | EDI: PRA.COM | Aug 05 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 519514268 | | EDI: PRA.COM | Aug 05 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 519478136 | | EDI: Q3G.COM | Aug 05 2022 00:33:00 | Quantum 3 Group, PO Box 788, Kirkland, WA 98083-0788 |
| 519478137 | + | EDI: Q3G.COM | Aug 05 2022 00:33:00 | Quantum3 Group, PO Box 788, Kirkland, WA 98083-0788 |
| 519478138 | + | EDI: Q3G.COM | Aug 05 2022 00:33:00 | Quantum3 Group LLC, agent for Sandino Funding, PO Box 788, Kirkland, WA 98083-0788 |
| 519490993 | + | EDI: RMSC.COM | Aug 05 2022 00:33:00 | Syncb/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 519478884 | + | EDI: RMSC.COM | Aug 05 2022 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519478141 | | EDI: RMSC.COM | Aug 05 2022 00:33:00 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 519488881 | + | EDI: AIS.COM | Aug 05 2022 00:33:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519530032 | + | Email/Text: bankruptcy@bbandt.com | Aug 04 2022 20:37:00 | Truist Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 519670790 | + | Email/Text: bankruptcy@bbandt.com | Aug 04 2022 20:37:00 | Truist Bank, Truist, Support Services, P.O. Box 85092, 306-40-06-10, Richmond, VA 23286-0001 |
| 519523129 | + | EDI: AIS.COM | Aug 05 2022 00:33:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519490994 | + | EDI: VERIZONCOMB.COM | Aug 05 2022 00:33:00 | Verizon, 500 Technology Dr Ste 300, Weldon Spring, MO 63304-2225 |
| 519478143 | + | EDI: VERIZONCOMB.COM | Aug 05 2022 00:33:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |
| 519478146 | + | EDI: CITICORP.COM | Aug 05 2022 00:33:00 | Wawa/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519478147 | + | EDI: WFHOME | Aug 05 2022 00:33:00 | Wells Fargo Bank, P.O. Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 04, 2022 | Form ID: 148 | Total Noticed: 76 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519478103 | *P++ | BB AND T, PO BOX 1847, WILSON NC 27894-1847, address filed with court:, BB&T, Po Box 1847, Wilson, NC 27894 |
| 519478104 | *P++ | BB AND T, PO BOX 1847, WILSON NC 27894-1847, address filed with court:, BB&T, Po Box 1847, Wilson, NC 27894 |
| 519478118 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 724, Springfield, NJ 07081 |
| 519478117 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519478132 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 519478133 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 519478134 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 519478135 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Midfirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| Seymour Wasserstrum | on behalf of Debtor Matthew S. Rybak mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6